

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00213-CR

| | | |
|---|---|---|
| Ksondra Adele Gourley, Appellant | § | On Appeal from County Criminal |
| | § | Court No. 7 |
| v. | § | of Tarrant County (1823945) |
| | § | February 6, 2025 |
| The State of Texas | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $100 fine. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack